# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**

FILED
08 JAN -8 PM 4:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

SHAUNDRE ODOMS

CR 08  0013 MMC

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm;
18 U.S.C. § 924(c)(1)(a) - Using and Carrying Firearm in Connection with a Drug Trafficking Crime;
21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) - Possession with Intent to Distribute Cocaine Base in the Form of Crack Cocaine.

---

A true bill.

_____ Foreman

Filed in open court this _____ day of January 2008

_____ Clerk

Bail, $ no bail arrest warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
See Attached

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
See Attached

**DEFENDANT - U.S.**
▶ SHAUNDRE ODOMS

**DISTRICT COURT NUMBER**
**0013 MMC**

CR 08

### PROCEEDING
**Name of Complainant Agency, or Person (&Title, if any)**
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
WILLIAM FRENTZEN

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes   ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

OFFENSES CHARGED:

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm;

18 U.S.C. § 924(c)(1)(a) - Using and Carrying Firearm in Connection with a Drug Trafficking Crime;

21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) - Possession with Intent to Distribute Cocaine Base in the Form of Crack Cocaine

PENALTIES:

COUNT ONE: NOT MORE THAN 10 YEARS IMPRISONMENT, $250,000 FINE, 3 YEARS SUPERVISED RELEASE, $100 SPECIAL ASSESSMENT

COUNT TWO: AT LEAST FIVE YEARS CONSECUTIVE TO ANY SENTENCE IMPOSED FOR COUNT THREE, $250,000 FINE, 3 YEARS SUPERVISED RELEASE, $100 SPECIAL ASSESSMENT

COUNT THREE: AFTER A PRIOR CONVICTION FOR A FELONY DRUG OFFENSE, NOT LESS THAN 10 YEARS AND UP TO LIFE IMPRISONMENT, $4,000,000 FINE, 5 YEARS SUPERVISED RELEASE, $100 SPECIAL ASSESSMENT

1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
08 JAN -8 PM 4:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**MMC**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUNDRE ODOMS,<br><br>Defendant. | **CR 08         0013**<br>VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(c)(1)(a) – Using and Carrying Firearm in Connection with a Drug Trafficking Crime; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(iii) – Possession with Intent to Distribute Cocaine Base in the Form of Crack Cocaine |

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about November 23, 2007, in the Northern District of California, the defendant,

SHAUNDRE ODOMS,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as: a Smith and Wesson .41 caliber

revolver, serial number CCR0752, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about November 23, 2007, in the Northern District of California, the defendant,

SHAUNDRE ODOMS,

did knowingly use and carry a firearm, that is, a Smith and Wesson .41 caliber revolver, during and in relation to a drug trafficking offense for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base in the form of crack cocaine, as charged in Count Three of this Indictment, and, in furtherance of that drug trafficking offense, did knowingly possess the firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

COUNT THREE

On or about November 23, 2007, in the Northern District of California, the defendant

SHAUNDRE ODOMS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit, approximately 7.18 grams of cocaine base in the form of crack, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(iii).

DATED: January 8, 2008               A TRUE BILL.

                                     _____
                                     FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

INDICTMENT                           2

(Approved as to form: _____)
AUSA William Frentzen

INDICTMENT                              3