UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: JAN 23 2008      E-Filing

Case No. CR-08-0013 MMC      JUDGE: **Maxine M. Chesney**

Defendant: SHAUNDRE ODOMS      Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: William Frentzen      ATTORNEY FOR DEFENDANT: Camilla Bray for David Billingsley

Deputy Clerk: **TRACY LUCERO**      Reporter: Katherine Powell

## PROCEEDINGS

REASON FOR HEARING: Initial Status Conference

RESULT OF HEARING: Gov't to turn over Discovery materials by the end of the week.

Case continued to 2/20/08 @ 2:30 for Further Status / Trial Setting Conf.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JAN 23 2008 Ends 2/20/08