UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: FEB 2 0 2008

Case No. CR-08-0013 MMC     JUDGE: Maxine M. Chesney

DEFENDANT: Shaundre Odoms     Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: William Frentzen, Robert Rees     ATTORNEY FOR DEFENDANT: David Billingsley

Deputy Clerk: TRACY LUCERO     Reporter: Juanita Gonzalez

**PROCEEDINGS**

REASON FOR HEARING: Trial Setting Conference

RESULT OF HEARING: Discovery cut-off - 4/24/08.

Case continued to _____ for Further Status.
Case continued to 7/1/08 @ 3:00 for Motions. (In Limine motions)
(Motion due 6/17, Opposition due 6/24, Reply Due —)
Case continued to 7/1/08 @ 3:00 for Pretrial.
Case continued to 7/14/08 @ 9:00 for Trial. (~~Court~~/Jury: 5 day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins FEB 2 0 2008 Ends 7/14/08