**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No. CR-08-0013   MMC

12                    Plaintiff,              **ORDER FOR CRIMINAL**
                                              **PRETRIAL PREPARATION**
13        v.

14    SHAUNDRE ODOMS,

15                    Defendant.
        _____/

16

17              Good cause appearing, IT IS HEREBY ORDERED that:

18    **TRIAL:**

19
                Trial will begin on **MONDAY,   July 14, 2008 , at 9:00 a.m.** Estimated length of
20    trial is <u>five </u>days.

21    **DISCOVERY:**

22
                By the close of business, **THURSDAY, <u>April 24, 2008,</u>** the parties will exchange the
23    information, documents and tangible objects authorized by Fed. R. Crim. P. 16.  Additional
      discovery shall be by motion accompanied by affidavits setting forth the unusual circumstances
24    justifying discovery beyond the limits of Fed. R. Crim. P. 16.

25    **PRIOR TO FILING ANY DISCOVERY-RELATED MOTIONS, COUNSEL SHALL:**

26
                1.       Meet and confer with opposing counsel, and
27
                2.       File a declaration, under penalty of perjury, that counsel has conferred with
28    opposing counsel with respect to <u>each and every </u>issue on an informal basis. Said declaration may be
      filed contemporaneously with the motion. If no such declaration is filed, the Court will return the
      motion papers to counsel.

**MOTIONS:**

   All motions will be heard on **TUESDAY, July 1, 2008, at 2:30 p.m.**  Motions, affidavits and memoranda shall be served, filed and an extra copy lodged with the Court by the moving party by **4:00 p.m.  June 17, 2008.**  Any opposition shall be filed and an extra copy lodged with the Court by  **12 o'clock noon June 24, 2008.**

**PRETRIAL CONFERENCE**:

   A Pretrial Conference will be held on **TUESDAY,   July 1,  2008, at 3:00 p.m.**  At the Pretrial Conference the parties shall be prepared to discuss the matters set forth in Crim.L.R. 17.1-1(b).

**PRETRIAL PREPARATION**:

   Not less than **five court days** before the Pretrial Conference, counsel for the government shall:

   (1) Serve and file a trial memorandum briefly stating the legal bases for the charges and the anticipated evidence, and addressing any evidentiary, procedural or other anticipated legal issues;

   (2) Serve and file a list of all witnesses who may be called, together with a brief summary of the testimony of each;

   (3) Serve and lodge a proposed form of verdict on pleading paper containing no reference to the party submitting it;

   (4) Serve and lodge proposed questions for jury voir dire; and

   (5) Serve and lodge copies of all exhibits to be offered at trial, together with a complete list (see attached form) of those exhibits. Each exhibit shall be premarked (see attached tags); generally the government shall use numbers, the defendant letters.

   Not less than **five court days** before the Pretrial Conference, defense counsel shall comply with subparagraphs (3) and (4) above, and, to the extent consistent with the defendant's right to an effective defense, with subparagraphs (1), (2) and (5) above.

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

**JURY INSTRUCTIONS**:

All proposed jury instructions and any objections thereto are to be served and submitted with the pretrial filings.

In advance of the pretrial filings the parties shall do the following:

(1)    Meet and confer and resolve all jury instructions to the extent possible. Parties are expected to resolve technical or semantic differences.

(2)    Prepare **one joint** set of instructions upon which the parties agree.

(3)    The parties shall submit separately only those instructions upon which there is **substantive** disagreement. Each separate instruction shall note on its face the identity of the party submitting such instruction. The party or parties objecting to an instruction shall file a written objection. The form of the objection shall be as follows:

(a)    Set forth in full the instruction to which the objection is made;

(b)    Provide concise argument and citation to authority explaining why the instruction is improper.

( c)    Set forth in full an alternative instruction, if any;

(4)    An original and two copies of the agreed-upon joint instructions, separate instructions and objections shall be filed on or before the date for filing the joint pretrial statement and other pretrial materials.

(5)    All instructions should be concise, understandable and neutral statements of law. Argumentative instructions will not be given and should not be submitted.

(6)    Any modifications of instructions from Ninth Circuit Model Jury Instructions, Devitt and Blackmar, or other form instructions must identify the modifications made to the original form instruction and the authority supporting the modification.

**TRANSCRIPTS:**

If transcripts will be requested during or immediately after trial, arrangements must be made with the court reporter at least one week before trial commences.

**CHANGE OF PLEA**:

Counsel shall give prompt notice to the United States Attorney and to the Court of any intention to change a previously entered not guilty plea.

**EXHIBITS:**

Each party is responsible for their exhibits. Upon the conclusion of the trial, each party shall retain their exhibits. Should an appeal be taken, it is the party's responsibility to make arrangements with the clerk of the Court to file the record on appeal.

**IT IS SO ORDERED.**

Dated: February 21, 2008

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. **CR-**_____ **MMC**                    DATE: _____

_____vs    _____

EXHIBIT LIST

(    ) Government                              (    ) Defendant

| EXHIBIT NUMBER | Marked | Admitted | Sponsoring Witness | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case No. **CR-**_____**-MMC**     Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____     **DEFT** Exhibit No. _____

Date Entered _____     Date Entered _____

Signature _____     Signature _____

---

Case No. **CR-**_____**-MMC**     Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____     **DEFT** Exhibit No. _____

Date Entered _____     Date Entered _____

Signature _____     Signature _____

---

Case No. **CR-**_____**-MMC**     Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____     **DEFT** Exhibit No. _____

Date Entered _____     Date Entered _____

Signature _____     Signature _____

---

Case No. **CR-**_____**-MMC**     Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____     **DEFT** Exhibit No. _____

Date Entered _____     Date Entered _____

Signature _____     Signature _____

---

Case No. **CR-**_____**-MMC**     Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____     **DEFT** Exhibit No. _____

Date Entered _____     Date Entered _____

Signature _____     Signature _____

---

Case No. **CR-**_____**-MMC**     Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____     **DEFT** Exhibit No. _____

Date Entered _____     Date Entered _____

Signature _____     Signature _____

---

Case No. **CR-**_____**-MMC**     Case No. **CR-**_____**-MMC**

**GOVT** Exhibit No. _____     **DEFT** Exhibit No. _____

Date Entered _____     Date Entered _____

Signature _____     Signature _____