UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: MAY 21 2008

Case No. CR-08-0013 MMC

JUDGE: **Maxine M. Chesney**

Defendant: SHAUNDRE ODOMS

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: WILLIAM FRENTZEN, ROBERT REES

ATTORNEY FOR DEFENDANT: DAVID BILLINGSLEY

Deputy Clerk: TRACY LUCERO

Reporter: MARGO GURULE

## PROCEEDINGS

**REASON FOR HEARING**: Change of Plea

**RESULT OF HEARING**: PLEA AGREEMENT FILED W/ THE COURT. Δ PLED GUILTY TO COUNTS ONE, TWO, AND THREE OF INDICTMENT. (PLED TO LESSER OFFENSE AS TO COUNT THREE)

TRIAL & PRETRIAL DATES VACATED.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
  (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 8/20/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(50 min)