UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

CRIMINAL PRETRIAL MINUTES

Date: AUG 2 0 2008

Case No. CR-08-0013 MMC

JUDGE: **Maxine M. Chesney**

DEFENDANT: Shaundre Odoms

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: William Frentzen, Robert Rees

ATTORNEY FOR DEFENDANT: David Billingsley

Deputy Clerk: TRACY LUCERO

Reporter: James Yeomans

## PROCEEDINGS

REASON FOR HEARING: Judgment & Sentencing

RESULT OF HEARING: Sentence - 120 months in custody, 3 years supervised release. $300 special assessment (see judgment for additional conditions).

USPO - Ben Flores for Cheryl Simone

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(20 min)