IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHAUNDRE ODOMS,<br><br>    Defendant.<br>_____/ | No. CR-08-0013 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S REQUEST TO ATTEND MOTHER'S FUNERAL** |

    The Court is in receipt of defendant Shaundre Odoms's ("Odoms") request to attend his mother's funeral, filed on Odoms's behalf December 2, 2008 by his wife, Olivia Robinson. The United States Marshal has advised the Court that Odoms was delivered to the custody of the Bureau of Prisons in September 2008. Under such circumstances, the Court no longer has jurisdiction to grant the relief requested.

    Accordingly, the request is hereby DENIED, without prejudice to Odoms's directing such request to the Bureau of Prisons.

    **IT IS SO ORDERED.**

Dated: December 8, 2008

                                         MAXINE M. CHESNEY
                                         United States District Judge