IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHAUNDRE ODOMS,<br><br>    Defendant.<br>_____ | No. CR 08-0013 MMC<br><br>**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |

      Before the Court is defendant Shaundre Odoms's "Motion for Appointment of Counsel to Litigate Petitioner's 18 U.S.C. § 3582(c)(2) for the Purpose of Amendment 750 of the (FCA)," filed February 1, 2012. On January 13, 2012, Camellia Baray was appointed as counsel of record for said defendant, for the purpose of representing him in connection with said motion. (See Mot., attached letter (stating "I sent one of these [motions] to U.S. Attorney's Office but . . . still haven't received a response.")

      Accordingly, the motion is hereby DENIED as moot. In light of the above-referenced appointment, defendant is advised to direct all future inquiries regarding the status of his motion to counsel of record at the following address:

//

//

//

Camellia Baray
Bonjour, Thorman, Baray & Billingsley
24301 Southland Drive, Suite 312
Hayward, CA 94545.

**IT IS SO ORDERED.**

Dated: February 10, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2