IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SHAUNDRE ODOMS,<br>Defendant. | Case No. 08-cr-00013-MMC-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(C)(1)(A)(i); RELEASING DEFENDANT FROM CUSTODY; IMPOSING ADDITIONAL CONDITIONS OF SUPERVISED RELEASE** |

Before the Court is defendant Shaundre Odoms ("Odoms") "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)," filed June 10, 2020.  On July 7, 2020, a telephonic hearing was held, William Frentzen of the United States Attorney's Office appearing on behalf of the government, and Christopher J. Cannon of Sugarman & Cannon appearing on behalf of defendant.

The Court, for the reasons stated on the record at the hearing, orders Odoms's term of imprisonment in the above-titled case reduced to a term of time served, specifically, 725 days, followed by a twenty-nine month term of supervised release on the same conditions as imposed in the Judgment filed March 27, 2020, and on additional conditions as set forth below.

In so ruling, the Court notes it is undisputed that Odoms's obesity, specifically, a body mass index (BMI) of 37.9, constitutes a condition recognized by health officials as placing him at increased risk of contracting a severe illness if he were to be infected with COVID-19.  See www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html (noting BMI of 30 or above increases risk of severe illness from COVID-19).

In addition, the Court finds the reduction in Odoms's sentence will have no significant effect on any of the § 3553(a) factors the Court considered at the time of Odoms's original sentencing.  See 18 U.S.C. § 3553(a).  Further, the Court has considered whether Odoms poses, as provided in 18 U.S.C. § 3142(g), a danger to the safety of any other person or to the community.  In that regard, although Odoms's record does include two convictions for violent offenses, the Court notes the more recent of those convictions occurred thirteen years ago while the earlier of the two occurred twenty-five years ago, and, having reviewed Odoms's record as a whole, finds he does not pose such a danger.

**CONCLUSION**

For the reasons stated above, the motion to reduce sentence is hereby GRANTED as follows:

1. It is hereby ORDERED that Odoms's term of imprisonment in CR 08-13-MMC is reduced to a term of time served, specifically, 725 days, and that Odoms be released from the custody of the Bureau of Prisons on Friday, July 17, 2020, by no later than 12:00 noon.

2. Upon his release, Odoms shall be on supervised release for a term of twenty-nine months, on the same conditions imposed in the Judgment filed March 27, 2020, and on the additional conditions that, upon his release, Odoms:

(1) shall be transported by an investigator employed by Sugarman & Cannon, or, alternatively, by another responsible adult, directly from Santa Rita Jail to the home his aunt, Patricia Harris, which residence is located on Mission Bay Boulevard in San Francisco;

(2) shall serve nine months of home confinement at said residence, during which period he shall be subject to electronic monitoring;

(3) shall be quarantined at said residence for fourteen days following his release; and

(4) shall, at the discretion of his probation officer, participate in a residential drug

2

1   treatment program for a period of at least ninety days.
2   **IT IS SO ORDERED.**
3
4   Dated: July 15, 2020
            MAXINE M. CHESNEY
5           United States District Judge